IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MICHAEL URESE BERRY, #213526                                              PETITIONER

V.                                              CIVIL ACTION NO.  3:23-cv-360-HTW-LGI

STATE OF MISSISSIPPI and
ATTORNEY GENERAL LYNN FITCH                                              RESPONDENTS

## FINAL JUDGMENT

Pursuant to the Order of Dismissal issued this date,

IT IS, HEREBY ORDERED AND ADJUDGED that this Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED WITHOUT PREJUDICE.

THIS, the 17th day of November, 2023.

s/  HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE